# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 26, 2017

### NO. 03-15-00772-CV

**Edison Cement Corp. d/b/a Edison Furniture Co., Appellant**

**v.**

**North Carolina Furniture Direct 1, Ltd. d/b/a North Carolina Furniture Direct; and North Carolina Furniture Direct, Ltd., Co., Appellees**

**APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND SHANNON
AFFIRMED -- OPINION BY JUSTICE SHANNON**

This is an appeal from the judgment signed by the trial court on November 23, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.